Elkus, for appellant. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs.

In re DU MAHAUT. (Supreme Court, Appellate Division, First Department. November 17, 1899.) In the matter of Adolphe N. Du Mahaut. No opinion. Charges dismissed.

DUSENBURY et al., Respondents, v. McTAMMANY, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by George Dusenbury and another against John McTammany. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

EATON, Respondent, v. MORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Ira T. Eaton against the Morse Company. No opinion. Motion for stay granted, with leave to respondent to move on five days' notice to vacate stay in case of any delay in prosecuting the Illinois appeal. Order to be settled on notice.

EATON, Respondent, v. MORSE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1899.) Action by Ira T. Eaton against the Morse Company. No opinion. Order settled.

EAU CLAIRE NAT. BANK et al., Respondents, v. GERMAIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by the Eau Claire National Bank and Seth Fish against George P. Germain. No opinion. Judgment affirmed, with costs.

ELLERY et al., Appellants, v. PERSONS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 29, 1899.) Action by Joseph E. Ellery and another against Henry H. Persons and another. as receivers, etc. No opinion. Judgment affirmed, with costs. All concur, except HARDIN, P. J., not voting.

EMPIRE CITY MARBLE CO. v. STANDARD STRUCTURE CO. (City Court of New York, General Term. November 16, 1899.) Action by the Empire City Marble Company against the Standard Structure Company. From an order entered therein an appeal is taken. Affirmed. John C. Wait, for appellant. Byram L. Winters, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

EMPIRE COAL CO., Respondent, v. BURNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by the Empire Coal Company against Thomas S. Burns. No opinion. Judgment affirmed, with costs.

In re EVELINE. (Supreme Court, Appellate Division, Third Department. November 15,

1899.) In the matter of the application of James B. Eveline. No opinion. Order affirmed, with $10 costs and disbursements.

FALLON, Respondent, v. EGBERTS WOOLEN-MILL CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 6, 1899.) Action by Stephen A. Fallon against the Egberts Woolen-Mill Company. No opinion. Judgment affirmed, with costs.

FERRIS et al., Appellants, v. FERRIS, Respondent. (Supreme Court, Appellate Division, Second Department. December 12, 1899.) Action by William Ferris and another, as administrators, etc., against Eugene Ferris, Jr., individually and as executor of Eugene Ferris, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

FISH'S EDDY CHEMICAL CO., Respondent, v. TOMPKINS et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Action by the Fish's Eddy Chemical Company against Fred Tompkins and others. No opinion. Judgment affirmed, with costs.

FLOYD, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Benjamin C. Floyd against Frederick Smith. No opinion. Judgment of the municipal court affirmed, with costs, on opinion in Kantro v. Armstrong (decided herewith), 60 N. Y. Supp. 970.

FOWLER, Respondent, v. BUFFALO FURNACE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June, 1899.) Action by Bertia V. Fowler, as administratrix, etc., against the Buffalo Furnace Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 58 N. Y. Supp. 223.

FRASER, Respondent, v. AMABILE et al., Appellants. (City Court of New York, General Term. December 27, 1899.) Action by Pcter Fraser against Felix Amabile and another From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed. William Sulphen, for appellants. J. Baldwin Hands, for respondent.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

GALLAGHER, Appellant, v. BRYANT et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 1, 1899.) Action by Felix Gallagher against William C. Bryant and others. No opinion. Application for leave to appeal to the court of appeals granted. See 60 N. Y. Supp. 844.

In re GEORGI. (Supreme Court, Appellate Division, First Department. December 1, 1899.) In the matter of Otto H. Georgi. No opinion. Motion denied, with $10 costs.

GERMAN NAT. BANK OF LITTLE ROCK, Respondent, v. GEER et al., Appellant (Supreme Court, Appellate Division, First D